NINA J. BAUMLER, ESQ. (SBN 256728)
THE LAW OFFICE OF NINA BAUMLER
840 Apollo Street, #311
El Segundo, CA 90245
Telephone: (424) 269-0624
Email: nina@baumlerlaw.com

Attorneys for Plaintiff Maria Cristina White

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CRISTINA WHITE,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDA'S RESIDENTIAL CARE FACILITY FOR THE ELDERLY, INC.<br>and FREDA ROBLES,<br><br>        Defendants. | CASE NO. CV 18-5497-GW-SKx<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S THIRD CAUSE OF ACTION FOR CIVIL PENALTIES PURSUANT TO THE PRIVATE ATTORNEY GENERAL ACT OF 2004<br><br>DISTRICT JUDGE: THE HONORABLE GEORGE W. WU |

1

_____

[Proposed] Order of Dismissal of Third Cause of Action

**ORDER**

Based upon the stipulation of the parties, and good cause appearing, the third cause of action in Plaintiff's complaint on file in this action is dismissed without prejudice as to all defendants.

DATED: October 24, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE